# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

162121 & (44)(45)(46)(47)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* CERTIFIED QUESTION FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION.

_____

AFT MICHIGAN,
        Plaintiff,

v

PROJECT VERITAS, *et al*.,
        Defendants,

and

MICHIGAN ATTORNEY GENERAL,
        Intervening Defendant.

_____/

SC: 162121
USDC-ED: 4:17-cv-13292

On order of the Court, the question certified by the United States District Court for the Eastern District of Michigan is considered, and the Court respectfully declines the request to answer the certified question. The motions for oral argument are DENIED.

BERNSTEIN, J., would answer the certified question.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



Clerk

a0519